ACCEPTED
04-15-00536-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
10/20/2015 3:35:20 PM
KEITH HOTTLE
CLERK

# 04-15-00536-CV

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
10/20/2015 3:35:20 PM
KEITH E. HOTTLE
Clerk

In the Court of Appeals for the Fourth Judicial District
at San Antonio, Texas

_____

ROMERO LONGORIA, ET AL,

Appellants,

v.

EXXON MOBIL CORPORATOIN, ET AL

Appellees,

_____

FROM THE 79TH DISTRICT COURT OF
BROOKS COUNTY, TEXAS,
THE HONORABLE RICHARD C. TERRELL, PRESIDING

**APPELLANTS' FIRST MOTION FOR
EXTENSION OF TIME TO FILE BRIEF**

_____

TO THE HONORABLE JUSTICES OF THE FOURTH COURT OF APPEALS:

Appellants Romeo Longoria, et al, files their motion to request that the time for filing their Brief be extended by 30 days to November 23rd (the 21st being a Saturday), 2015, and as reasonable explanation for the extension, shows the following:

1. This appeal was perfected by the filing of a Notice of Appeal. The original record was filed on September 22, 2015, making Appellants' brief due October 22, 2015.

2.  The undersigned attorney is solely responsible for the preparation of Appellants' Brief.

3.  This extension is not sought for purposes of delay. To the contrary, the inability to file Appellants' Brief by the due date was not deliberate or intentional, but was caused by the following:

(1)     *A delay in getting the clerk's record, which was not corrected and filed until October 14, 2015 and which Appellants' counsel has yet to receive;*

(2)     *Preparation for oral argument in Cause No. 14-0901; Union Pacific Railroad v. Nami at the Supreme Court of Texas scheduled for November 3, 2015;*

(3)     *Preparation for Mediation in Cause No. 13-15-00310-CV ;Service Supply of Victoria, Inc. v. All Seasons HAC; In the Thirteenth Court of Appeals, Scheduled for October 26, 2015.*

## Certificate of Conference

4. There has been no previous request for extension. Counsel for Appellants did not attempt to reach out to the numerous counsel in this case for a conference, but ask that they let the undersigned or the Court know if they are opposed to this first extension.

WHEREFORE, Appellants request the Court to extend the time for filing their brief to November 23, 2015, and for such other relief to which they may be entitled.

Respectfully submitted,


/s/ Cynthia T. Sheppard
CYNTHIA T. SHEPPARD
Attorney at Law
State Bar No. 20245500
P.O. Box 67
Cuero, Texas 77954

Tele. (361) 277-8539
Fax (361) 277-8571


ATTORNEY FOR APPELLANTS


**CERTIFICATE OF SERVICE**

The undersigned certifies that a true and correct copy of Appellants' First Motion for Extension to File Brief was forwarded to all parties to the trial court's judgment by e-filing service or email on this the 20th day of October, 2015, as follows:


/s/ Cynthia T. Sheppard

_____

Cynthia T. Sheppard


Darrell Barger        dbarger@hdbdlaw.com

J. Reid Simpson       rsimpson@hdbdlaw.com

J. Derrick Price      dprice@mcginnislaw.com

Patton Lockridge      plockridge@mcginnislaw.com

Claude Henkel III     paula@cmhenkel.com

Robert Luther         bluther@lutherlaw.com

William Wood          william.wood@nortonrosefulbright.com

Lauren Varnado        lauren.varnado@nortonrosefulbright.com

John Nelson           jnelson@locklord.com

Edmundo Ramirez       eor@ekrattorneys.com

Daniel McClure        dan.mcclure@nortonrosefulbright.com

Erin Hudson           ehudson@atlashall.com

Michael Rodriguez   mrodreguez@atlashall.com

Rebecca Cole        rebecca.cole@nortonrosefulbright.com

Jordan Mullins      jmullins@mcginnislaw.com

Travis Barton       tbarton@mcginnislaw.com